RICHARDSON v. N.C. DEPT. OF CORRECTION

No. 250A95

Case below: 118 N.C.App. 704

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 15 September 1995.

ROYSTER v. CULP, INC.

No. 353PA95

Case below: 119 N.C.App. 598

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1995.

SHERRIFF v. SHERRIFF

No. 326P95

Case below: 119 N.C.App. 400

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

SLOAN v. MILLER BLDG. CORP.

No. 262P95

Case below: 119 N.C.App. 162

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

SOLES v. CITY OF RALEIGH CIVIL SERVICE COMM.

No. 280PA95

Case below: 119 N.C.App. 89

Petition by intervenor-appellant (City of Raleigh) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1995.